# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

S.M, et al.
Plaintiff

v.

Karen G. St. Germain, et al.
Defendant

2:23-CV-01499
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Defendants Karen G. St. Germain and James LeBlanc

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

The State of Louisiana, through the Department of Public Safety and Corrections

Karen G. St. Germain, Commissioner of the Louisiana Office of Motor Vehicles

James LeBlanc, Secretary of the Department of Public Safety and Corrections

Dennis J. Phayer, Gregory C. Fahrenholt, and the law firm Burglass Tankersley Gaudin Phayer

Gregory C. Fahrenholt, LA Bar #28572

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.