UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, ET AL. | * | NUMBER 2:23-CV--01499 |
| Plaintiffs | * | JUDGE BRIAN A. JACKSON |
| VERSUS | * | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| KAREN G. ST. GERMAIN, ET AL. | * | |
| Defendants | * | |

**************************************

## UNOPPOSED MOTION TO CONTINUE DEADLINES AND STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come defendants, Karen G. St. Germain, named in her official capacity as the Commissioner of the Office of Motor Vehicles, and James M. LeBlanc, named in his official capacity as the Secretary of the Louisiana Department of Public Safety and Corrections, who move for an order continuing and re-setting all deadlines contained in the Order [R.Doc. 8] issued by Magistrate Judge Scott Johnson on October 27, 2023, until after the currently set deadline of February 20, 2024, for the defendants to file responsive pleadings.  The deadlines affected are (1) the Rule 26(f) scheduling conference to be conducted by the parties, (2) the exchange of Rule 26 initial disclosures between the parties, (3) the January 18, 2024, submission of a status report by the plaintiffs, and (4) the telephone scheduling conference set for February 1, 2024.  Undersigned counsel has only recently been retained by the defendants and cannot meaningfully comply with any of these scheduled deadlines until after the issues raised in the complaint have been fully analyzed and responsive pleadings have been filed.

Undersigned counsel contacted counsel for plaintiffs prior to the filing of this motion and plaintiff counsel responded that the requested relief is not opposed.

{01479969 - v2}

Respectfully Submitted,

**BURGLASS TANKERSLEY GAUDIN PHAYER**

_/s Gregory C. Fahrenholt_
**DENNIS J. PHAYER (La. Bar No. 10408)**
**GREGORY C. FAHRENHOLT (La. Bar No. 28572)**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0408
Telefax: (504) 287-0448

Attorneys for Defendants, Karen St. Germain, in her official capacity, and James M. LeBlanc, in his official capacity