UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, ET AL. | * * | NUMBER 2:23-CV--01499 |
| Plaintiffs | * * | JUDGE BRIAN A. JACKSON |
| VERSUS | * * | MAGISTRATE JUDGE SCOTT D. JOHNSON |
| KAREN G. ST. GERMAIN, ET AL. | * | |
| Defendants | * | |

**************************************

**ORDER**

Considering the Unopposed Motion to Continue Deadlines and State Conference filed by defendants Karen G. St. Germain, named in her official capacity as the Commissioner of the Office of Motor Vehicles, and James M. LeBlanc, named in his official capacity as the Secretary of the Louisiana Department of Public Safety and Corrections;

IT IS ORDERED that the motion is GRANTED. A separate order re-setting the deadlines set forth in R.Doc. 8 for dates following February 20, 2024, will be issued in due course.

Baton Rouge, Louisiana, this _____ day of January, 2024.

_____
U.S. MAGISTRATE JUDGE SCOTT D. JOHNSON

{01480452 - v1}