**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al., <br><br> Defendants. | Civil Action No. 3:23-cv-01499-BAJ-SDJ <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Scott D. Johnson |

## [PROPOSED] ORDER GRANTING CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Class Certification dated March 25, 2024, the memoranda of law and exhibits submitted in support and in opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Certification, dated March 25, 2024, is **GRANTED**; it is further

**ORDERED** that Plaintiffs are certified as representatives of a class pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. The class is defined as:

> All minors ages 14 to 17, residing in Louisiana who are U.S. citizens or lawfully present and are eligible to apply for a temporary instructional permit, intermediate license, driver's license, or identification card (collectively

"driver's license") and have been denied the right to so apply because their parents or legal guardians lack a U.S. driver's license or identification card.

**ORDERED** that Francisca Fajana, Matthew Vogel and Rafaela Uribe are appointed counsel for the class.

Dated: _____

_____

U.S. District Court Judge Brian A. Jackson