# EX. A (Mendoza Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

S.M., by Next Friend MARIO RENE MENDOZA, et al.,

    Plaintiffs,

v.

JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,

    Defendants.

Civil Action No. 3:23-cv-01499-BAJ-SDJ

## DECLARATION OF MARIO RENE MENDOZA
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Mario Rene Mendoza, declare under the penalty of perjury that the following is true and accurate to best of my knowledge.

1. My name is Mario Rene Mendoza. I live in New Orleans, Louisiana.

2. I was born December 3, 1970. I am a citizen of Honduras. My unexpired Honduran passport is valid until January 19, 2031.

3. I am S.M.'s father, on whose behalf I am participating in this lawsuit because she is minor. I am also a board member and co-founder of Asociacion de Familias Unidas en Accion ("FUA"), the organizational plaintiff in this case.

4. My daughter, S.M. was born on August 10, 2007 in New Orleans, Louisiana. She is a junior at a Plaquemines Parish Public School. She lives with me and her mother.

1

5. In or about June 1, 2023, I made an on-line driver's license appointment for S.M. The appointment was scheduled for June 5, 2023, at 3:10 p.m.

6. On June 5, 2023, my friend Onan Molina drove S.M. and I to the scheduled driver's license appointment at the Office of Motor Vehicles ("OMV"), field office located at 2150 Westbank Expressway, Harvey.

7. When it was S.M.'s turn, I saw her go up to the counter. She gave the OMV staff behind the counter her Louisiana birth certificate, which had my name on it as her father. She also gave the OMV staff my unexpired Honduran passport, which is valid until 2031.

8. S.M. also provided the OMV staff with her original Social Security card issued September 17, 2007, her school identification card, and an electric utility bill.

9. The OMV staff to whom S.M. gave her documents, asked for my driver' license or ID.

10. I do not have a driver's license or ID because I'm not eligible to get one. S.M. told the OMV staff that I did not have a driver's license or ID.

11. My daughter, S.M., told the OMV staff that her older siblings have driver's licenses and asked if one of them can co-sign her application.

12. I saw the OMV staff walk away. He consulted with his supervisor, came back and gave S.M.'s documents back to her.

13. The OMV staff told S.M. that only a parent can co-sign an application for a driver's license but that she should come back and re-apply when she turns 18.

14. The OMV staff gave S.M. a form marking that her application for a driver's license or ID "has been rejected [because a] parent must hold valid ID or DL." The form also noted that a birth certificate and a Social Security card were required without clarifying whether

2

these were for me. I know that the request could not have been for S.M. because she gave the OMV staff her birth certificate and Social Security card. S.M. was not given a notice of denial or a notice of her rights to appeal by the OMV.

15. I also went with my daughter, S.M., to the aforementioned OMV field office and another OMV office over three times. We went to the OMV field offices located at 2150 Westbank Expressway Suite 101, Harvey, LA 70058 and the field office at 100 Veterans Boulevard, New Orleans, LA 70124 on May 12, May 23, and May 30. The OMV staff at each of those offices told us that S.M. could not apply for a driver's license because I do not have a driver's license or ID.

16. I have two older children who were also denied the ability to apply for driver's licenses when they were minors. They both had to wait until they turned 18 to apply for themselves. As a board member of FUA, I am aware of many other U.S.-born and lawfully present minors who have been subjected to the same treatment as my children. My daughter and I brought this lawsuit to vindicate her right and the rights of these children.

17. After this lawsuit was filed, the OMV contacted me to schedule a driver's license appointment for my daughter, S.M.

18. On January 3, 2024, I accompanied S.M. to the same OMV where we initially applied. Brenda Murphy, a board member of FUA, was also present. At this appointment, the OMV issued S.M. a temporary instructional permit ("TIP"). The TIP states it is not valid for federal purposes.

19. S.M. still does not have a driver' license. I am concerned that she would be rejected again when she completes her driver's education and road test and is ready to get a driver's license. I am concerned that because she will still be a minor when she is ready to get

3

her driver's license, she will need me to co-sign her application. The OMV will again ask for my driver's license or ID, which I do not have, and will again reject S.M.

20. S.M. needs a driver's license so that she can drive herself to school, to her part-time job, and to help our family with obligations such as grocery-shopping and errands. She also needs a driver's license that will allow her to pass security at the airport, and to enter federal buildings like the courthouse where her case is being litigated.

21. My child and I joined this litigation to help bring change to OMV policies on her behalf and on behalf of impacted children across the state of Louisiana.

22. I respectfully ask that this Court grant Plaintiffs' motion for class certification.

23. I am Spanish-language dominant. This document which was prepared in English was translated for me into Spanish. I read and understand its contents.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2024

_____
Signature