# EX. B (Gonzalez Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

S.M., by Next Friend MARIO RENE MENDOZA;
K.G., by Next Friend ANGEL LUCIANO
GONZALEZ; E.B., by Next Friend JENY
REBECA BONILLA; S.T., by Next Friend
BRENDA ELIZABETH TAMAYO, on behalf of
themselves and others similarly situated; ELVIS
NUNEZ; and ASOCIACIÓN DE FAMILIAS
UNIDAS EN ACCIÓN,

    Plaintiffs,

v.

JAMES M. LEBLANC, Secretary of the Louisiana
Department of Public Safety and Corrections, in his
official capacity, et al.,

    Defendants.

Civil Action No. 3:23-cv-01499

Judge Brian A. Jackson
Magistrate Judge Scott D. Johnson

## DECLARATION OF ANGEL LUCIANO GONZALEZ
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Angel Luciano Gonzalez, declare under penalty of perjury that the following is true and accurate to the best of my knowledge:

1. My name is Angel Luciano Gonzalez and I live in New Orleans, Louisiana.

2. I was born on November 22, 1981. I am a citizen of Guatemala. My unexpired Guatemalan passport is valid until December 4, 2024.

3. I am Plaintiff K.G.'s father, on whose behalf I am participating in this lawsuit because she is a minor. K.G. was born on December 3, 2007, in New Orleans, Louisiana. She is a

sophomore at Warren Easton Charter High School. K.G. lives with me, her mother, and her siblings.

4. On May 24, 2023, I accompanied my daughter, K.G. and her older sister to apply for a temporary instructional permit (TIP) at the Office of Motor Vehicles field office at 100 Veterans Boulevard in New Orleans.

5. At the counter, I presented my unexpired Guatemalan passport, K.G.s school ID, her social security card, her U.S. passport, Medicaid card, and two utility bills per OMV's requirements for a TIP.

6. At the office, OMV staff informed K.G. that she could not receive a TIP because I did not have a valid state license.

7. The OMV staff who we provided the documents to told me and K.G. that she must wait to re-apply for a TIP when she turns 18 years old because I do not have a state driver's license, identification card, or federal immigration documents. K.G. was not given a notice of denial or a notice of her rights to appeal by the OMV.

8. I am ineligible to obtain a Louisiana driver's license or identification card.

9. On December 27, 2023, K.G. returned to the OMV office on Veterans Boulevard where K.G. initially applied for a permit. At this appointment, K.G. was issued a TIP.

10. K.G. still does not have a driver's license. I am concerned her application for a license will be rejected again once she completes her driver's education and road test. I am concerned about this because she will still be a minor when is ready to obtain her driver's license and will need me to so-sign her application. The OMV will once again ask for my state driver's license or identification card and will once again reject K.G. when I am unable to provide one.

2

11. My child and I joined this litigation to help bring change to OMV policies on her behalf and on behalf of impacted children across the state of Louisiana.

12. K.G. needs a driver's license so she can drive herself to school, attend extracurricular activities, obtain a part time job, and help with other familial obligations like grocery shopping.

13. I am a member of FUA and have been a member since 2018 when the organization was founded.

14. As a member of FUA, I have participated in community workshops, have handed out food from our pantry, and advocated on behalf of our immigrant community to lawmakers.

15. I am aware of other members of FUA whose U.S.-citizen and lawfully present children have been denied driver's licenses because of the OMV discriminatory policy requiring immigrant parents to produce a driver's license or ID which they do not have.

16. I respectfully ask that this Court grant Plaintiffs' motion for class certification.

17. I am Spanish-language dominant. This document which was prepared in English was translated for me into Spanish. I read and understand its contents.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2024

_____
Signature

3