# EX. C (Bonilla Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,<br><br>Defendants. | Civil Action No. 3:23-cv-01499-BAJ-SDJ |

### DECLARATION OF JENY REBECA BONILLA
### IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION

I, Jeny Rebeca Bonilla, declare under the penalty of perjury that the following is true and accurate to best of my knowledge.

1. My name is Jeny Rebeca Bonilla. I live in New Orleans, Louisiana.

2. I was born February 5, 1990. I am a citizen of Honduras. My unexpired Honduran passport is valid until August 3, 2032.

3. I am E.B.'s mother, on whose behalf I am participating in this lawsuit because he is minor. E.B. was born on February 22, 2008 in New Orleans, Louisiana. His unexpired U.S. passport is valid until December 8, 2026.

4. E.B. is a 16-year-old sophomore at a science academy in Orleans Parish. He lives with me in New Orleans.

1

5. I am Spanish-speaking. I read the Jambalaya News, a local newspaper that serves the Spanish-speaking population in Louisiana.

6. On April 20, 2021, Jambalaya News published an article *Second-Class U.S. Citizens* in which it said "[i]n the state of Louisiana, U.S. citizen minors [whose parents are ineligible for a driver's license or state ID] are barred from participating in their right to obtain a driver's license due to a recent change in the [Office] of Motor Vehicle's TIP [Temporary Instructional Permit]."[1]

7. The Jambalaya News article stated that changes to OMV's rules which became effective September 4, 2018, requires a minor to "have the signature of a parent who is legally documented in the United States … to receive a Temporary Instructional Permit." *Id*.

8. The newspaper article told the story of a lawfully present minor, who was 15-years-old at the time, who had gone to the OMV to apply for a driver's license. The minor was denied because his parent did not have a Louisiana ID. He and his mother were very unhappy.

9. Because the newspaper article showed pictures of the minor, including pictures taken inside the OMV, I believed the story.

10. Like the minor profiled in the Jambalaya News article, I believed that my son, E.B., will also be denied if he applies for a driver's license since I don't have a driver's license or a Louisiana ID. I believed that it would be pointless for E.B. to apply until the OMV changes its

---

[1] Gabriela Perez Jordan, *Second-Class U.S. Citizens*, Jambalaya News, April 20, 2021, https://www.jambalayanews.com/news/local/ciudadanos-americanos-de-segunda-clase/article_2b787dd2-a21d-11eb-97a2-83bbd8d12bd8.html (Jambalaya News is published in Spanish serving Spanish-speaking Louisianas).

2

policy of rejecting U.S.-born children because their immigrant parents do not have a driver's license or ID.

11. I know other immigrant parents whose minor children did not apply for a driver's license because they did not want to be rejected and humiliated because they do not have a driver's license or ID. I know other immigrant parents who also read the Jambalaya News article and believed the story. My child and I joined this litigation to help bring change to OMV policies on his behalf and on behalf of impacted children across the state of Louisiana.

12. E.B. does not have a driver's license. He needs a driver's license to drive himself to school, to after-school activities, to find a part-time job, to assist our family with grocery shopping, and to help us get to medical and other appointments.

13. I respectfully request that the court grant Plaintiffs' motion for class certification.

14. I am Spanish-language dominant. This document which was prepared in English was translated for me into Spanish. I read and understand its contents.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2024

_____
Signature

3