# EX. D (Tamayo Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 3:23-cv-01499-BAJ-SDJ |

**DECLARATION OF BRENDA TAMAYO
IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Brenda Tamayo, declare under penalty of perjury that the following is true and accurate to the best of my knowledge:

1. My name is Brenda Tamayo and I live in Kenner, Louisiana.

2. I was born on July 7, 1984. I am a citizen of Honduras. My unexpired Honduran passport is valid until March 22, 2033.

3. I am S.T.'s mother, on whose behalf I am participating in this lawsuit because he is a minor. S.T. was born on November 29, 2006, in Honduras. He became a United States permanent resident on November 16, 2021. His LPR card expires on November 16, 2031. S.T. is a junior at a magnet academy in Jefferson Parish.

1

4. In or about the fall of 2022, my sister and I accompanied S.T. to apply for a state identification card at the OMV field office located at 1200 Victor II Boulevard in Morgan City, St. Mary Parish.

5. In support of his application, I presented S.T.'s permanent resident card, S.T.'s employment authorization approval, S.T.'s unexpired Honduran passport, my own unexpired Honduran passport, and a utility bill.

6. An OMV staff denied S.T.'s application. The OMV staff informed S.T. and I that S.T. was ineligible to obtain a state identification card because I did not have a valid state license or identification card. The OMV staff did not give S.T. any notice informing him of his right to file an appeal or have a hearing.

7. I am ineligible to obtain a Louisiana driver's license or identification card.

8. My child and I joined this litigation to help bring change to OMV policies on his behalf and on behalf of impacted children across the state of Louisiana.

9. S.T. needs a driver's license so he can drive himself to school, attend extracurricular activities, obtain a part time job, and help with other familial obligations like grocery shopping.

10. I respectfully ask that this Court grant Plaintiffs' motion for class certification.

11. I am Spanish-language dominant. This document which was prepared in English was translated for me into Spanish. I read and understand its contents.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2024

_____
Signature

2