# EX. E (Casildo Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

S.M., by Next Friend MARIO RENE MENDOZA, et al.,

    Plaintiffs,

v.

JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,

    Defendants.

Civil Action No. 3:23-cv-01499-BAJ-SDJ

## DECLARATION OF LETICIA CASILDO
## IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION

I, Leticia Casildo, declare under the penalty of perjury that the following is true and accurate to best of my knowledge.

1. My name is Leticia Casildo. I live in New Orleans, Louisiana.

2. I am the co-founder and executive director of Asociación de Familias Unidas en Acción ("FUA"), the organizational plaintiff in this lawsuit. I am also minor plaintiff S.M.'s mother.

3. FUA was founded in 2018. It is an immigrant-led grassroots community organizing and advocacy organization based in New Orleans, Louisiana. FUA's mission is to empower immigrant communities through direct aid, organizing, and education to create societal transformation. One way we do this is by developing our members as leaders in movements for justice. FUA employs a three-prong approach to achieve its mission through organizing campaigns, popular education programs and direct aid.

1

4. FUA is governed by an eight-member board of directors that oversees its mission and strategic objectives. FUA's board members also volunteer to further the organization's work.

5. FUA is a member-based organization and has approximately 250 active members throughout the Greater New Orleans area. To become a member, one must sign a membership list, attend weekly meetings, participate in workshops, and complete about 8 hours of volunteer work on behalf of FUA. FUA's members and their households benefit from FUA's events, programs, and services.

6. FUA organizes on issues that impact Latino and other immigrant communities across Louisiana and provides educational opportunities for members to learn about their rights and how to organize to address systemic issues affecting immigrant communities. FUA organizes cultural events, employment workshops, and English language classes. FUA also offers support to newly arrived immigrant families and others by helping them to obtain temporary housing, employment, and food disbursements for those dealing with food insecurity.

7. In 2019, FUA learned from its weekly member meetings that because of a policy of the Office of Motor Vehicles ("OMV") that requires immigrant parents to establish their identity by showing a driver's license or state identification card—which they do not have—their U.S.-citizen or lawfully present children were being denied the opportunity to apply for a temporary instructional permit, driver's license, and state identification card ("collectively driver's license"). Members also shared that they were being turned away when speaking Spanish at the OMV. No FUA members reported receiving a notice of denial or right to appeal or a hearing from the OMV staff.

8. After Jambalaya News published an article dated April 20, 2021, about the OMV's discriminatory policy of denying U.S.-citizen and lawfully present minors driver's licenses because their immigrant parents do not have driver's licenses or state ID, it reinforced the experiences that many FUA members had previously shared.[1] FUA's members became more convinced that it was pointless for their U.S.-citizen and lawfully present children to apply for a driver's license because they would be denied. That reality that it is futile to even apply persists among FUA's members.

9. To alleviate the burden that the OMV's discriminatory policy places on FUA members, FUA board members and volunteers coordinate carpools and taxi rides for its members and their children so that they can participate in FUA related activities. FUA also helps its members whose U.S.-citizen and lawfully present children cannot obtain driver's licenses meet their transportation needs.

10. On January 3, 2024, the OMV issued a temporary instructional permit ("TIP") to my daughter, S.M.

11. In February 2024, an FUA board member, Brenda Murphy, accompanied a U.S.-citizen minor, L.M., to the OMV field office at 421 Williams Boulevard in Kenner, Louisiana, to obtain a TIP. The minor was rejected because his mother did not have a driver's license or ID. The family did not receive a notice of denial or notice of appeal rights.

12. The denial of L.M.'s application demonstrates that the OMV continues to enforce its discriminatory policy of denying U.S.-citizen and lawfully present minors driver's licenses

---

[1] Gabriela Perez Jordan, *Second-Class U.S. Citizens*, Jambalaya News, April 20, 2021, https://www.jambalayanews.com/news/local/ciudadanos-americanos-de-segunda-clase/article_2b787dd2-a21d-11eb-97a2-83bbd8d12bd8.html (Jambalaya News is published in Spanish serving Spanish-speaking Louisianas).

3

because their immigrant parents do not have a driver's license or ID. The OMV's discriminatory policy continues to impact FUA's members.

13. The OMV's discriminatory policy hampers FUA's members whose U.S.-citizen and lawfully present children are denied driver's licenses from helping their families with obligations, like driving to the grocery store, picking up prescriptions at a local pharmacy, or being able to obtain part-time jobs to help support their families' financial needs. It also hampers these youth from driving themselves to school, to after-school extracurricular activities, and to places of worship.

14. The OMV's discriminatory policy also causes FUA to divert resources away from its other work, such as it Driver's Licenses for all Campaign, maintaining, and delivering disbursements from its foodbank, facilitating employment workshops, providing temporary shelter, offering language classes, and cultural events.

15. Although the OMV's discriminatory policy affects many of FUA's members, they are afraid to come forward because of fear of retaliation against them and their children. FUA believes that it is imperative for it to represent these members in this lawsuit because the OMV policy unfairly burdens its members, as well as impacts FUA directly.

16. FUA respectfully asks that this Court grant Plaintiff's motion for class certification.

17. I am Spanish-language dominant. This document which was prepared in English was translated for me into Spanish. I read and understand its contents.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2024

_____
Signature

4