# EX. F (Murphy Declaration)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,<br><br>    Defendants. | Civil Action No. 3:23-cv-01499-BAJ-SDJ |

## DECLARATION OF BRENDA MURPHY
## IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION

I, Brenda Murphy, declare under the penalty of perjury that the following is true and accurate to best of my knowledge.

1. My name is Brenda Murphy. I live in Kenner, Louisiana.

2. I am a board member of Associacion de Familias Unidas En Accion ("FUA"), the organizational plaintiff in this lawsuit. I have been a member since 2021. FUA's mission is to empower immigrant communities and develop its members as leaders in movements for justice. FUA employs a three-prong approach to achieve its mission through organizing campaigns, popular education programs, and direct aid.

3. I am also the founder, editor, and CEO of Jambalaya News.

1

4.       Founded twenty years ago in 2004, Jambalaya News' mission is to keep the Hispanic community informed in a language that they understand by providing news and information to Spanish-speaking Louisianas. Jambalaya News is published on the 18th of each month. It also has a website, a Facebook page with over 70,000 followers, and an online radio station.

5.       On April 20, 2021, under the byline Gabriella Perez Jordan, Jambalaya News published an article *Second-Class U.S. Citizens* in which it informed its readers that "[i]n the state of Louisiana, U.S. citizen minors [whose parents are ineligible for a driver's license or state ID] are barred from participating in their right to obtain a driver's license due to a recent change in the [Office] of Motor Vehicle's TIP [Temporary Instructional Permit]."[1]

6.       The new article stated that changes to OMV's rules which became effective September 4, 2018, requires a minor to "have the signature of a parent who is legally documented in the United States … to receive a Temporary Instructional Permit." *Id*.

7.       In the article, which I edited, my collaborator, Gabriella Perez Jordan, told the story of a lawfully present minor, who was 15-years-old at the time, whom she accompanied to the OMV to apply for a driver's license. He was denied because his parent did not have a Louisiana ID. As the article reports, the minor and his mother were very unhappy.

8.       Because of the OMV's discriminatory policy of rejecting U.S.-born and lawfully present minors whose parents do not have a driver's license or ID, many families, that I am

---

[1] Gabriela Perez Jordan, *Second-Class U.S. Citizens*, Jambalaya News, April 20, 2021, https://www.jambalayanews.com/news/local/ciudadanos-americanos-de-segunda-clase/article_2b787dd2-a21d-11eb-97a2-83bbd8d12bd8.html (Attached here as Attachment A).

2

aware of, have dissuaded their children from applying for a temporary instructional permit, driver's license or ID ("collectively driver's license").

9. In 2024, I learned that S.M., one of the minors in this lawsuit had an appointment at the OMV. On January 3, 2024, I accompanied her and her father, Mario Rene Mendoza, to the OMV field office at 2150 Westbank Expressway, Harvey. S.M. was issued a Temporary Instructional Permit ("TIP").

10. However, about a month later, in or about February 8, 2024, when I accompanied another minor, L.M. and his mother to the OMV field office located at 421 Willaims Boulevard, Kenner, he was denied a TIP because his mother did not have a Louisiana ID.

11. Given the difference in the way the OMV treated L.M.—the minor who was denied in February 2024— and S.M.—who was granted a TIP in January 2024 because she is part of this lawsuit—the OMV continues to treat U.S.-born children as second class citizens, as Jambalaya News reported in 2021. The OMV continues to deny TIP and driver's licenses to U.S.-citizen and lawfully present minors whose immigrant parents do not have a driver's license or ID.

12. I am aware that the parents of S.M. and K.G.—another minor in this lawsuit—are members of FUA. The OMV's discriminatory policy impacts many of FUA's members. The OMV's discriminatory policy precludes the children of many of FUA members from obtaining driver's licenses so that they can drive themselves to school, to after-school activities, to the grocery store, to help their families with errands and to find and drive themselves to work.

13. I respectfully ask that this Court grant Plaintiffs' motion for class certification.

3

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March 23, 2024

*[Signature: P. Murphy]*
Signature

4