# EX. G (Van Hook, Ph.D. Decl)

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| S.M., by Next Friend MARIO RENE MENDOZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity, et al.,<br><br>Defendants. | Civil Action No. 3:23-cv-01499-BAJ-SDJ |

## DECLARATION OF JENNIFER VAN HOOK
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, **Jennifer L. Van Hook**, declare that the following is true and correct:

1. I am the Roy C. Buck, Professor of Sociology and Demography at the Pennsylvania State University. I serve as director of the Population Research Institute at Penn State University. I am also a non-resident fellow at the Migration Policy Institute.

2. The facts stated herein are of my own personal knowledge, and I could and would competently testify to them.

### EXPERT BACKGROUND

3. I am trained as a sociologist and demographer. I obtained a PhD in Sociology in 1996 from the University of Texas at Austin. I have an M.S. in Sociology from the University of Wisconsin at Madison, and a B.A. from Carleton College. After obtaining my PhD, I worked at the Urban Institute on project related to education and program participation among immigrants.

1

In 1999, I joined the faculty at Bowling Green State University, and then moved to Penn State University in 2007.

4. I have over 20 years of research experience analyzing large demographic data sources on topics related to immigrants. My publications have appeared in major sociology and demography journals, including *Demography, Journal of Health and Social Behavior, Social Science and Medicine, Sociology of Education, Social Forces* and *American Sociological Review*, and I have received external funding for my work form the National Institute of Health, the National Science Foundation, the Foundation for Child Development, the Russell Sage Foundation, and the U.S. Census Bureau. In recognition of my contributions to research, I was awarded the Clifford C. Clogg Award for Mid-Career Achievement in 2016 by the Population Association of America, and I was elected to the Sociological Research Association in 2019.

5. My work uses demographic methods to estimate size, characteristics, and dynamics of foreign born populations. Since the mid-1990s, my research has focused on the socioeconomic incorporation of immigrants. In collaborations with colleagues, I have evaluated and improved estimates of the unauthorized foreign-born populations. This line of research resulted in several high-profile publications, including the development of a new method and estimates of foreign-born emigration (Van Hook et al 2006; Van Hook & Zhang 2011) and coverage data (Van Hook, et al 2014); new assessments of the quality of self-reported data on citizenship and legal status (Van Hook and Bachmeier 2013; Bachmeier, Van Hook and Bean 2014); and monte carlo simulations that tested a variety of legal status imputation approaches (Van Hook et al. 2015). The work on legal status led to important innovations that have enabled researchers at the Migration Policy Institute and elsewhere to produce estimates of the characteristics and geographic distribution of the unauthorized population in greater detail than

2

possible with earlier methods. Attached is a true and correct copy of my curriculum vitae as Exhibit A to this Declaration, which includes a complete list of my professional publications.

6.      I served as a member of the Census Advisory Committee of Professional Organizations, PAA from 2008 to 2011. I also served as an expert for the 2010 Census Demographic Analysis Program (Net International Migration Team). In such capacities, I advise the Census Bureau on various issues related to the measurement of population trends and immigrant characteristics.

7.      I have served as expert witness in several cases, including *State of New York v. United States Department of Commerce*, Federal District Court for the Southern District of New York, November 5, 2018, and *Make the Road v. Ken Cuccinelli*, Federal District Court for the Southern District of New York, October 11, 2019.

## EXPERT OPINION

8.      I was asked by Counsel to bring my scientific expertise and experience to bear on the question of the number of U.S.-citizen youth in grades 9-12 in Louisiana living with at least one unauthorized immigrant parent. Based on my experience, training, knowledge, and education, I offer expert opinion on this question.

9.      I estimated that there are 2,871 U.S.-citizen children in grades 9-12 in the state of Louisiana residing with at least one unauthorized immigrant parent. Using the bootstrap method, which I describe below, I have a 95% confidence that the true number falls within a range of 1,759 to 3,964.

10.     I derived the 2,871 estimate from two sources of data: (1) the American Community Survey (ACS) for Louisiana for 2021-22, and (2) an estimate produced by the

3

Migration Policy Institute (MPI) of the number of unauthorized immigrant parents of U.S. citizen children ages 0-17 in Louisiana for the 2015-2019 period:

> (A) The ACS is a very large survey that is continuously conducted by the U.S. Census Bureau across all communities in the United States. An important strength of the ACS is that it has a very large sample size and therefore supports analyses of individual states. The latest available year of the ACS is 2022. I combined the 2021 and 2022 American Community Survey years to increase the sample size of children of immigrants residing in Louisiana, which reduced sampling error in my estimates. All estimates were averaged across the two years of data.
>
> (B) The MPI produces estimates of the characteristics of the unauthorized foreign-born population by combining information about the unauthorized foreign-born population available in the Survey of Income and Program Participation, with the ACS, to obtain the characteristics of the unauthorized foreign-born population by state, including Louisiana. Methodological details are provided on its website[1] and in other publications.[2]

11.     The MPI estimates that there were 20,000 unauthorized immigrant parents of U.S.-citizen children 0-17 in Louisiana in the 2015-2019 period. This amounts to 65% of all noncitizen parents of U.S.-citizen children 0-17 living in Louisiana at that time. I updated this number for the 2021-2022 period by assuming that 65% of all non-citizen parents of children 0-17 in Louisiana in 2021-2022 (a group numbering 28,053) were unauthorized immigrants. I

---

[1] https://www.migrationpolicy.org/data/unauthorized-immigrant-population/state/LA

[2] Capps, R., Bachmeier, J. D., & Van Hook, J. (2018). Estimating the characteristics of unauthorized immigrants using US census data: Combined sample multiple imputation. *The Annals of the American Academy of Political and Social Science*, *677*(1), 165-179.

therefore estimated that there were 18,309 (65% of 28,053) unauthorized immigrant parents of U.S.-citizen children living in Louisiana in the 2021-2022 period.

12.     Next, I used the 2021-2022 ACS to estimate the number of U.S.-citizen children in grades 9-12 who were residing with the 18,309 unauthorized immigrant parents. To do this, I randomly classified 18,309 non-citizen parents of children 0-17 in the 2021-2022 ACS data as "unauthorized",[3] and then counted the number of their children who were citizens and enrolled in grades 9-12. To ensure that the result was not due to chance related to the random assignment of unauthorized status, I repeated this step 1000 times and averaged the result across all iterations.[4]

13.     Using this methodology, I estimated that there were 2,871 U.S-.citizen children in grades 9-12 residing with at least one unauthorized immigrant parent. Because this estimate is based on a sample of the population of Louisiana (not a complete count), and the group in question is numerically small, there is uncertainty in the estimate. I therefore estimated the standard error (an estimate of sampling error) of the estimate using the bootstrap method.[5] I estimated a 95% confidence interval of 1,759 to 3,964.  In other words, we can be 95% confident that the true number falls within this range.

---

[3] In making this assignment, I assumed that married noncitizen parents share the same immigration status (i.e., both parents were assumed to be authorized, or both were assumed to be unauthorized). This resulted in a lower-bound estimate of the number of children with at least one unauthorized immigrant parent. When I assumed that parents could differ in their immigration status, my estimate of the number of children of unauthorized immigrants was 18% larger.

[4] Results were similar across iterations; all estimates exceeded 1,214, and 90% exceeded 2,144.

[5] Bootstrapping is a statistical method that uses random sampling with replacement to determine the sampling variation of an estimate. It is a common method to estimate standard errors for complex estimates, such as the estimate produced for this report. (Johnson, R. W. (2001). An introduction to the bootstrap. *Teaching statistics*, *23*(2), 49-54.)

5

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Dated: March  23 , 2024

_____
Jennifer L. Van Hook, Ph.D.

# CURRICULUM VITAE
Jennifer Van Hook

| | |
|---|---|
| Department of Sociology | 690 Tanager Drive |
| Pennsylvania State University | State College, PA 16803 |
| University Park, PA 16802 | Phone: 814-237-1691 |
| Phone: 814-867-2276 | |
| jxv21@psu.edu | |

## EDUCATION
1996   Ph.D. Sociology, The University of Texas at Austin.
1991   M.S. Sociology, The University of Wisconsin at Madison.
1990   B.A. Sociology and Anthropology, Carleton College, Northfield, Minnesota.

## POSITIONS
2017-        Roy C. Buck Professor of Sociology and Demography, Pennsylvania State University
2016-2017    Liberal Arts Research Professor of Sociology and Demography, Pennsylvania State University
2010-        Non-resident Fellow, Migration Policy Institute
2007-2016    Associate to Full Professor of Sociology and Demography, Pennsylvania State University
1999-2007    Assistant to Associate Professor, Department of Sociology, Bowling Green State University.
1998-1999    Research Associate, Center for Population Research, The Urban Institute, Washington, D.C.

## HONORS
Clifford C. Clogg Award for Mid-Career Achievement, 2016
Raymond Lombra Award for Distinction in the Social or Life Sciences, 2016
Sociological Research Association, 2019-present

## GRANT ACTIVITY
2023-2027   National Institutes of Health/NIA.  "Legal Status Exposure, Health, and Kinship Networks among Latino Immigrants," Jennifer Van Hook (PI), R01AG081306, $1,345,542.
2023-2024   National Institutes of Health/NICHD. "Population Research Institute – CCH Supplement", Jennifer Van Hook, PI.
2021-2023   National Institutes of Health/NICHD. "Investigating how gender differences can vary by parental acculturation," Michelle Frisco (PI).
2021-2026   National Institutes of Health/NICHD. "Population Research Institute", Jennifer Van Hook, PI.
2023-2024   National Institutes of Health. "Penn State Family Issues Symposium," Jennifer Van Hook (PI), Valarie King (co-I).
2020-2025   National Institutes of Health. "Training Program in Social Environments and Population Health", Pennsylvania State University, John Iceland and Jennifer Van Hook, co-PIs.
2020-2021   Russell Sage Foundation.  Visiting Scholar.  "IGENS-20: Immigrant Generations Across the 20th Century", Pennsylvania State University, Jennifer Van Hook, PI.
2018-2019   Russell Sage Foundation. "Summer Institute in Migration Methods", Pennsylvania State University, Jennifer Van Hook and Irene Bloemraad, co-PIs.

| | |
|---|---|
| 2018-2020 | Russell Sage Foundation. "Educational Integration Across Generations Among Mexicans and Other National Origin Groups", Pennsylvania State University, Jennifer Van Hook, PI. |
| 2018-2021 | National Science Foundation. "The Generalizability and Replicability of Twitter Data for Population Research", Pennsylvania State University, Guangqing Chi, PI. |
| 2013-2015 | National Science Foundation. "Pennsylvania State University Census Research Data Center", Pennsylvania State University, Jennifer Van Hook, PI. |
| 2011-2016 | National Institutes of Health. 2 R24 HD041025. "Population Research Institute Infrastructure Support", Pennsylvania State University, Jennifer Van Hook, PI. |
| 2010-2014 | National Institutes of Health. 1 P01 HD062498. PI of a project ("Obesity among Mexican Children of Immigrants ") in a larger P01 ("The Mexican Children of Immigrants Program Project"), Pennsylvania State University, Nancy Landale, PI. |
| 2009-2011 | National Institutes of Health. RC2 HD064497. "Generating Linked NCHS and OIS Data for Immigrant Health and Mortality Research," Pennsylvania State University, Jennifer Van Hook and Frank D. Bean, co-PI.s. |
| 2009-2011 | National Institutes of Health. R21 HD058142. "A Demographic Analysis of Socioeconomic Instability and Well-being Among Children of Immigrants", Bowling Green State University, (Jennifer Van Hook and Kelly Balistreri, co-PI.s.) |
| 2008-2011 | Department of Homeland Security. "Improving estimates of unauthorized migration," University of Arizona, UC-Irvine, and Penn State University. Co-investigator with Frank D. Bean, $840,000. |
| 2006-2007 | U.S. Census Bureau (research contract) "Estimates of the foreign-born emigration and internal migration", Bowling Green State University, Jennifer Van Hook, Principal Investigator, $153,000. |
| 2005-2008 | Foundation for Child Development. "Obesity Among Young Children of Immigrants", Bowling Green State University, Jennifer Van Hook, Principal Investigator, $233,633. |
| 2006 | Center for Family and Demographic Research. "Extended Family Living Arrangements and Adult Health," Bowling Green State University, Jennifer Van Hook, P-I, $5,000. |
| 2004-2006 | National Institutes of Health. R03 HD44700-01A1: "Stability of Extended Family Living Arrangements Among Mexican Immigrants," Bowling Green State University. Jennifer Van Hook, Principal Investigator, with Jennifer E. Glick, Arizona State University, $100,000. |
| 2003-2006 | U.S. Census Bureau (research contract) "Estimates of the foreign-born Population of the United States by Migration Status and Geography," Bowling Green State University. Jennifer Van Hook, Principal Investigator, $176,000. |
| 2002-2003 | Joint Center for Poverty Research, USDA-funded Research Development Grant. "Welfare Reform and Long-term Stability in Food Security among Children of Immigrants," Bowling Green State University. Jennifer Van Hook, Principal Investigator, $40,000. |
| 1999-2002 | National Institutes of Health. R01 HD-39075-1 "Naturalization and Immigrant Public Assistance Receipt," The University of California at Irvine. Co- investigator, with Frank D. Bean as Principal Investigator, $750,000. |
| 1997-1998 | National Institute of Aging. R03 "Patterns of SSI Receipt among Elderly Immigrants", The University of Texas at Austin. Co-Investigator with Frank D. Bean as Principal Investigator, $50,000. |

PUBLICATIONS

<u>Books</u>
Van Hook, Jennifer and James D. Bachmeier.  In Progress.  *Not a Level Playing Field: How Historical Inequality in Immigrants' Opportunities Shaped the Past and Still Matters Today*.  Russell Sage Foundation Press, New York.
Van Hook, Jennifer and Valarie King. (Eds.). 2024. *Immigration Policy and Immigrant Families.* New York: Springer.
Van Hook, Jennifer, Susan McHale, and Valarie King. (Eds.). 2018. *Families and Technology.* New York: Springer.
Burton, Linda, Damian Burton, Susan McHale, Valarie King, and Jennifer Van Hook. (Eds.). 2017. *Boys and Men in African American Families.* New York: Springer.
McHale, Susan M., Valarie King, Jennifer Van Hook, and Alan Booth. (Eds.). 2016. *Gender and Couple Relationships.* New York: Springer.
Amato, Paul R., Booth, Alan, McHale, Susan M., & Van Hook, Jennifer (Eds.). 2015. *Families in an Era of Increasing Inequality: Diverging Destinies*. New York: Springer.

<u>Referred Journal Articles</u>
Frisco, Michelle, Jennifer Van Hook, and Kevin Thomas. 2022. "Racial/Ethnic and Nativity Disparities in U.S. Covid-19 Vaccination Hesitancy during Vaccine Rollout and Factors that Explain Them". *Social Science and Medicine: Population Health.  307*, 115183.
Ro, Annie, Jennifer Van Hook, and Katrina Walsemann. 2022. "Undocumented Older Latino Immigrants in the United States: Population Projections and Share of Older Undocumented Latinos by Health Insurance Coverage and Chronic Health Conditions, 2018–2038," *Journal of Gerontology: Social Sciences* 77(2): 389-395. *Selected as "Editor's Choice."*
Lowrey, Kendal, Jennifer Van Hook, James D. Bachmeier, and Thomas B. Foster. 2021. "Leapfrogging the Melting Pot? European Immigrants' Intergenerational Mobility Across the 20th Century," *Sociological Science* 8: 480-512.
Ro, Annie and Jennifer Van Hook. 2021. "Comparing the Effectiveness of Assignment Strategies for Estimating Likely Undocumented Status in Secondary Data Sources for Latino and Asian Immigrants." *Population Research and Policy Review.*
Van Hook, Jennifer, Anne Morse, Randy Capps, and Julia Gelatt. 2021. "Uncertainty About the Size of the Unauthorized Foreign-Born Population in the United States." *Demography* 58(6): 2315-2336.
Lowrey, Kendal and Jennifer Van Hook. 2021. "Standing on Their Own Two Feet: How the new Public Charge Rules Could Impact Non-European LPR Applicants."  *Population Research and Policy Review*.
Lowrey, Kendal and Jennifer Van Hook. 2021. "The Impact of Public Charge on Immigrants."  *Contexts*.
*Marteleto, Letícia J., Molly Dondero,* Luiz Gama, Jennifer Van Hook, and Rachel Donnelly. 2021. "Intersections of Adolescent Well-being: School, Work and Weight Status" *Journal of Health and Social Behavior. Equal authorship.* 62(1): 69-84.
Ro, Annie and Jennifer Van Hook.  2021. "Comparing immigration status and health patterns between Latinos and Asians: evidence from the Survey of Income and Program Participation."  *PLOS-ONE.*
Van Hook, Jennifer, Michelle L. Frisco, and Carlyn E. Graham. 2020. "Signs of the End of the Paradox? Cohort Shifts in Smoking and Obesity and the Hispanic Life Expectancy Advantage." *Sociological Science* 7, 391-414.
Van Hook, Jennifer and Jennifer E. Glick.  2020. "Spanning Borders, Cultures, and Generations:  A Decade of Research on Immigrant Families." *Journal of Marriage and Family* 82 (1), 224-243.

Van Hook, Jennifer, Bélanger, Alain, Patrick Sabourin, and Anne Morse. 2020. "Immigration Selection and the Educational Composition of the U.S. Labor Force: A Microsimulation Approach." *Population and Development Review*. 46(2): 321-346.

Bélanger, Alain, Patrick Sabourin, Guillaume Marois, and Jennifer Van Hook, and Samuel Vézina. 2019. "A Framework for the Prospective Analysis of Ethno-Cultural Super-Diversity." *Demographic Research* 41 (article 11): 293-330.

Frisco, Michelle L., Jennifer Van Hook, and Robert Hummer. 2019. "Would the Elimination of Obesity and Smoking Reduce U.S. Racial/Ethnic/Nativity Disparities in Total and Healthy Life Expectancy?" *Social Science and Medicine: Population Health* 7 (2019): 100374.

Frisco, Michelle L., Molly A. Martin, and Jennifer Van Hook. 2019. "Socioeconomic Status and Acculturation: Why Mexican-Americans are Heavier than Mexican Immigrants and Whites." *Advances in Medical Sociology*, "Immigration and Health". Emerald Publishing Limited, pp. 71-96.

Frisco, Michelle L, Jennifer Van Hook, and Erin Baumgartner. 2019. "The weight of school entry: Weight gain among Hispanic children of immigrants during the early elementary school years." *Demographic Research* 40 (article 5): 95-120.

Dondero, Molly, Jennifer Van Hook, Michelle Frisco and Molly Martin. 2018. "Dietary Assimilation among Mexican Children in Immigrant Households: Code-switching and Healthy Eating across Social Institutions." *Journal of Health and Social Behavior* 59(4): 601-624. (PMCID: PMC6495556)

Capps, Randy, Julia Gelatt, Jennifer Van Hook, and Michael Fix. 2018. "Commentary on 'The Number of Undocumented Immigrants in the United States: Estimates Based on Demographic Modeling with Data from 1990-2016.'" PLOS-ONE *13*(9), e0204199. (PMCID: PMC6150498)

Van Hook, Jennifer, Susana Quiros, Molly Dondero, and Claire Altman. 2018. "Healthy Eating Among Mexican Immigrants: Migration in Childhood and Time in the U.S." *Journal of Health and Social Behavior* 59(3): 391-410. (PMCID: PMC6416786).

Randy Capps, James D. Bachmeier, and Jennifer Van Hook. 2018. "Estimating the Characteristics of Unauthorized Immigrants using US Census Data: Combined Sample Multiple Imputation." *The Annals of the American Academy of Political and Social Science 677*(1), 165-179.

Altman, Claire E., Jennifer Van Hook, and Jonathan Gonzalez. 2017. "Becoming Overweight Without Gaining a Pound: Weight Evaluations and the Social Integration of Mexicans in the United States." *International Migration Review* 51(1): 3-36.

Frisco, Michelle L., Susana Quiros, and Jennifer Van Hook. 2016. "One Size May Not Fit All: How Obesity among Mexican-Origin Youth Varies by Generation, Gender, and Age." *Demography* 53(6): 2031–2043. (PMCID: PMC5138860)

Van Hook, Jennifer, Susana Quiros, Michelle Frisco, and Emnet Fikru. 2016. "It is Hard to Swim Upstream: Dietary Acculturation among Mexican-origin Children." *Population Research and Policy Review* 35(2): 177-196. (PMCID: PMC4852553)

Dondero, Molly and Jennifer Van Hook. 2016. "Generational Status, Neighborhood Context, and Mother-Child Resemblance in Dietary Quality in Mexican-origin Families." *Social Science and Medicine* 150: 212-220. (PMCID: PMC4733591)

Altman, Claire E., Jennifer Van Hook, and Marianne Hillemeier. 2016. "What does self-rated health mean? Changes and variations in the association of obesity with objective and subjective components of self-rated health." *Journal of Health and Social Behavior* 57(1): 39-58.

Zhou, Nan, Charrisa Cheah, Jennifer Van Hook, Darcy A. Thompson, Shelby S. Jones. 2015. "A Cultural Understanding of Chinese Immigrant Mothers' Feeding Practices: A Qualitative Study." *Appetite* 87: 160-167.

Martin, Molly A., Jennifer Van Hook, and Susana Quiros. 2015. "Is Socioeconomic Incorporation Associated with a Healthier Diet? Dietary Patterns among Mexican-origin Children in the United States." *Social Science and Medicine* 147: 20-29 (PMCID: PMC4689621).

Van Hook, Jennifer, James D. Bachmeier, Donna Coffman, and Ofer Harel. 2015. "Can We Spin Straw Into Gold? An Evaluation of Immigrant Legal Status Imputation Approaches". *Demography* 52(1): 329-354. (PMCID: PMC4318768)

Van Hook, Jennifer, Susana Quiros, and Michelle Frisco. 2015. "The Food Similarity Index: A Dimension of Dietary Acculturation Based on Dietary Recall Data". *Journal of Immigrant and Minority Health* 17(2): 441-449 (PMCID: PMC4378569)

Bachmeier, James D., Jennifer Van Hook, and Frank D. Bean. 2014. "Can We Measure Immigrants' Legal Status? Lessons from Two U.S. Surveys." *International Migration Review 48*(2), 538-566. (PMCID:PMC4267286)

Van Hook, Jennifer, Frank D. Bean, James D. Bachmeier, and Catherine Tucker. 2014. "Recent Trends in Coverage of the Mexican-Born Population of the United States: Results from Applying Multiple Methods Across Time." *Demography* 51(2): 699-726. (PMCID: PMC24570373)

Gubernskaya, Zoya, Frank D. Bean, and Jennifer Van Hook. 2013. "(Un)Healthy Immigrant Citizens: Naturalization and Activity Limitations in Older Age" *Journal of Health and Social Behavior* 54(4): 427-443. (PMCID: PMC3969823)

Van Hook, Jennifer, and James D. Bachmeier. 2013. "How Well Does the American Community Survey Count Naturalized Citizens?" *Demographic Research* 29(1), 1-32. (PMCID: PMC3783022)

Van Hook, Jennifer and Claire E. Altman. 2013. "Using Discrete-time Event History Fertility Models to Simulate Total Fertility Rates and Other Fertility Measures." *Population Research and Policy Review* 32(4), 585-610. (PMCID: PMC3734869)

Tucker, Catherine, and Jennifer Van Hook. 2013. "Surplus Chinese Men: Demographic Determinants of the Sex Ratio at Marriageable Ages in China." *Population and Development Review* 39(2): 209-230. (PMCID: PMC3734869)

Van Hook, Jennifer, Claire Altman, and Kelly Balistreri. 2013. "Global Patterns in Overweight Among Children and Mothers in Less Developed Countries." *Public Health Nutrition* 16(4): 573-581. (PMCID: PMC3422412)

Cheah, Charissa and Jennifer Van Hook. 2012. "Chinese and Korean Immigrants' Early Life Deprivation: An Important Factor for Child Feeding Practices and Children's Body Weight in the United States." *Social Science and Medicine* 74(5): 744–752. (PMCID: PMC22265872)

Van Hook, Jennifer, Elizabeth Baker, Claire E. Altman, and Michelle Frisco. 2012. "Canaries in a Coalmine: Immigration and Obesity among Mexican-origin Children." *Social Science and Medicine* 74(2): 125–134. (PMCID: PMC3259272)

Van Hook, Jennifer and Claire Altman. 2012. "Competitive Food Sales in Schools and Childhood Obesity: A Longitudinal Study." *Sociology of Education* 85(1): 23-39. (PMCID: PMC3352595)

Glick, Jennifer E. and Jennifer Van Hook. 2011. "Does a house divided stand? Kinship and continuity of shared living arrangements." *Journal of Marriage and the Family* 73(5): 1149–1164. (PMCID: PMC3258516)

Scheitle, Chris, Jenn Buher-Kane, and Jennifer Van Hook. 2011. "Demographic Imperatives and Religious Markets: Considering the Individual and Interactive Roles of Fertility and Switching in Group Growth." *Journal for the Scientific Study of Religion* 50(3): 470-482. (PMCID: PMC3267579)

Balistreri, Kelly Stamper and Jennifer Van Hook. 2011. "Trajectories of Overweight among US School Children: A focus on social and economic characteristics." *Maternal and Child Health Journal* 15(5): 610-619. (PMCID: PMC3193986)

Landale, Nancy S., Kevin J. A. Thomas, and Jennifer Van Hook. 2011. "The Living Arrangements of Children of Immigrants." *The Future of Children* 21(1): 43-70. (PMCID: PMC3241619)

Van Hook, Jennifer and Weiwei Zhang. 2011. "Who Stays? Who Goes? Selective Emigration Among the Foreign Born." *Population Research and Policy Review* 30(1): 1-24. (PMCID: PMC3367327)

Van Hook, Jennifer and Elizabeth Baker. 2010. "Big Boys, Little Girls: Gender, Acculturation, and Weight among Young Children of Immigrants." *Journal of Health and Social Behavior* 51: 200-214. (PMCID: PMC3245318)

Balistreri, Kelly S. and Jennifer Van Hook. 2009. "Socioeconomic Status and Body Mass Index Among Hispanic Children of Immigrants and Children of Natives." *American Journal of Public Health* 99(12): 2238-2246. (PMCID: PMC2775779)

Zhang, Yuanting and Jennifer Van Hook. 2009. "Marital Dissolution among Interracial Couples." *Journal of Marriage and the Family* 71: 95-107. (PMCID: PMC4183451)

Van Hook, Jennifer and Frank D. Bean. 2009. "Explaining Mexican-Immigrant Welfare Behaviors: The Importance of Employment Related Cultural Repertoires." *American Sociological Review* 74(3): 423-444. (PMCID: PMC3906684)

Bean, Frank D., Cynthia Feliciano, Jennifer Lee, and Jennifer Van Hook. 2009. "The New U.S. Immigrants: How do they affect our Understanding of the African-American Experience?" *The Annals 621: 202 – 220.* (PMCID: PMC3244721)

Baker, Elizabeth, Kelly S. Balistreri, and Jennifer Van Hook. 2009. "Maternal Employment and Overweight among Hispanic Children of Immigrants and Children of Natives." *Journal of Immigrant and Minority Health* 11(3): 158-167 (PMCID: PMC3305809).

Buelow, Victoria and Jennifer Van Hook. 2008. "Timely Immunization Series Completion Among Children of Immigrants." *Journal of Immigrant and Minority Health* 10(1): 37-44 (PMCID: PMC3298969).

Brown, Susan L., Jennifer Van Hook, and Jennifer E. Glick. 2008. "Generational Differences in Cohabitation and Marriage in the U.S." *Population Research and Policy Review* 27(5): 531-550. (PMCID: PMC3242441)

Van Hook, Jennifer, and Jennifer E. Glick. 2007. "Immigration and Living Arrangements: Moving Beyond Economic Need Versus Acculturation." *Demography* 44(2): 225-249.

Van Hook, Jennifer, and Jason Snyder. 2007. "Immigration, Ethnicity, and the Loss of White Students From California Public Schools, 1990-2000." *Population Research and Policy Review* 26: 259-277.

Van Hook, Jennifer and Kelly S. Balistreri. 2007. "Immigrant Generation, Socioeconomic Status, and Economic Development of Countries of Origin: A Longitudinal Study of BMI among Children." *Social Science and Medicine* 65: 976-989.

Ryabov, Igor K. and Jennifer Van Hook. 2007. "School Segregation and Academic Achievement among Hispanic Adolescents." *Social Science Research* 36(2): 767-788.

Van Hook, Jennifer, Weiwei Zhang, Frank D. Bean, and Jeffrey Passel. 2006. "Foreign-born Emigration: A New Approach and Estimates Based on Matched CPS Files." *Demography* 43(2): 361-382.

Van Hook, Jennifer, Susan K. Brown, and Frank D. Bean. 2006. "For Love or Money? Welfare Reform and Immigrant Naturalization." *Social Forces* 85(2): 643-666.

Van Hook, Jennifer and Kelly Stamper Balistreri. 2006. "Ineligible Parents, Eligible Children: Food Stamps Receipt, Allotments and Food Insecurity among Children of Immigrants." *Social Science Research* 35(1): 228-251.

Van Hook, Jennifer, Susan L. Brown, and Maxwell Kwenda. 2004. "A Decomposition of Trends in Poverty Among Children of Immigrants." *Demography* 41(4): 649-670.

Balistreri, Kelly and Jennifer Van Hook. 2004. "The more things change the more they stay the same: Mexican Naturalization Before and After Welfare Reform." *International Migration Review* 38(Spring): 113-130.

Van Hook, Jennifer. 2003. "Welfare Reform's Chilling Effects on Non-citizens: Changes in Non-citizen Recipiency or Shifts in Citizenship Status?" *Social Science Quarterly* 84(3): 613-631.

Van Hook, Jennifer. 2002. "Immigration and African American Educational Opportunity: The Transformation of Minority Schools" *Sociology of Education* 75(2): 169-189.

Van Hook, Jennifer, and Kelly Balistreri. 2002. "Diversity and Change in the Institutional Context of Immigrant Adaptation: California Schools 1985-2000." *Demography* 39(4): 639-654.

Glick, Jennifer E. and Jennifer Van Hook. 2002. "Parents' Coresidence with Adult Children: Can Immigration Explain Racial and Ethnic Variation?" *Journal of Marriage and the Family* 64: 240-253.

Bean, Frank D., Rodolfo Corona, Rodolfo Tuiran, Karen Woodrow-Lafield, and Jennifer Van Hook. 2001. "Circular, Invisible, and Ambiguous Migrants: Components of Difference in Estimates of the Number of Unauthorized Mexican Migrants in the United States." *Demography* 38(3): 411-422.

Van Hook, Jennifer. 2000. "SSI Eligibility and Participation Among Elderly Naturalized Citizens and Noncitizens," *Social Science Research* 29: 51-69.

Van Hook, Jennifer, Jennifer E. Glick, and Frank D. Bean. 1999. "Public Assistance Receipt among Immigrants and Natives: How the Unit of Analysis Affects Research Findings," *Demography* 36(1): 111-120.
- 2007. Reprinted in Diane Kholos Wysocki (ed.), *Readings in Social Research Methods, third edition*. Stamford, CT: Wadsworth Group.
- 2001. Reprinted pp. 84-98 in Diane Kholos Wysocki (ed.), *Readings in Social Research Methods*. Stamford, CT: Wadsworth Group.

Van Hook, Jennifer and Frank D. Bean. 1999. "The Growth in Noncitizen SSI Caseloads 1979-1996: Aging Versus New Immigrant Effects," *Journal of Gerontology: Social Sciences* 54(1): S16-S23.

Glick, Jennifer E., Frank D. Bean, and Jennifer V.W. Van Hook. 1997. "Immigration and Changing Patterns of Extended Family Household Structure in the United Status: 1970-1990," *Journal of Marriage and the Family* 59 (February): 177-191.

Bean, Frank D., Robert G. Cushing, Charles Haynes, and Jennifer V.W. Van Hook. 1997. "Immigration and the Social Contract," *Social Science Quarterly* 78(2): 249-268.
- 1999. Reprinted in C. Zelinsky (ed.), *Readings: Racial and Ethnic Groups in America*. Dubuque, Iowa: Kendall Hunt Publishing.
- 1999. Reprinted in C. Ellison and A. Martin (eds.), *Race and Ethnic Relations in the United States: Readings for the 21st Century*. Los Angeles: Roxbury Publishing Company.

Bean, Frank D., Jennifer V.W. Van Hook and Jennifer E. Glick. 1997. "Country of Origin, Type of Public Assistance and Patterns of Welfare Recipiency Among U.S. Immigrants and Natives," *Social Science Quarterly* 78(2): 432-451.

Van Hook, Jennifer V.W., Frank D. Bean and Jennifer E. Glick. 1996. "The Development and Assessment of Census-Based Measures of AFDC and SSI Recipiency," *Journal of Economic and Social Measurement* 22(1): 1-23.

Bean, Frank D., Ruth R. Berg, and Jennifer V. W. Van Hook. 1996. "Socioeconomic and Cultural Incorporation and Marital Disruption Among Mexican Americans," *Social Forces* 75(2): 593-617.

Book Chapters and Other Publications

Van Hook, Jennifer, Julia Gelatt, and Ariel Ruiz Soto. 2023. A Turning Point for the Unauthorized Immigrant Population in the United States. Migration Policy Institute, Washington, DC.

Van Hook, Jennifer L. 2023 *Immigrant agency: Hmong American movements and the politics of racialized incorporation, by Sao Xiong, Yang. Population and Development Review*. Forthcoming.

Frisco, Michelle L., Kelsey Shaulis, Jennifer Van Hook, and Robert A. Hummer. 2022. Racial and Ethnic Disparities in U.S. Obesity Prevalence: What Have We Learned from Demographic and Population Health Science?. In: Garcia-Alexander, G., Poston, Jr., D.L. (eds) International Handbook of the Demography of Obesity. International Handbooks of Population, vol 12. Springer, Cham. https://doi.org/10.1007/978-3-031-10936-2_8

Van Hook, Jennifer, Alain Bélanger, Patrick Sabourin, and Nicolas Patoine Hamel. 2023. "The Changing Racial and Ethnic Composition of the School-Age Population in the US." The Civil Rights Project, University of California, Los Angeles. https://escholarship.org/uc/item/3b63v3kc

Frisco, Michelle L and Jennifer Van Hook. 2020. Hispanics live longer than most Americans, but will the U.S. obesity epidemic change things? The Conversation, October 16, 2020. https://theconversation.com/hispanics-live-longer-than-most-americans-but-will-the-us-obesity-epidemic-change-things-146006

Capps, Randy, Julia Gelatt, Ariel G. Ruiz Soto, and Jennifer Van Hook. 2020. Unauthorized Immigrants in the United States: Stable Numbers, Changing Origins. Washington, DC: Migration Policy Institute. https://www.migrationpolicy.org/sites/default/files/publications/mpi-unauthorized-immigrants-stablenumbers-changingorigins_final.pdf.

Capps, Randy, Jennifer Van Hook, and Julia Gelatt. 2020. Millions of U.S. Citizens Could Be Excluded under Trump Plan to Remove Unauthorized Immigrants from Census Data. Migration Policy Institute, July 2020. https://www.migrationpolicy.org/news/millions-us-citizens-could-be-excluded-under-plan-remove-unauthorized-immigrants-census

Van Hook, Jennifer. 2019. "Counting 11 Million Undocumented Immigrants is Easier Than Trump Thinks." The Conversation, July 18, 2019. https://theconversation.com/counting-11-million-undocumented-immigrants-is-easier-than-trump-thinks-120459.

Van Hook, Jennifer. 2019. "Nominal versus Variable Approaches for Understanding Group Differences." *Ethnic and Racial Studies Review 42*(13): 2279-2284.

Gelatt, Julia, Michael Fix, and Jennifer Van Hook. 2018. "People Leave Footprints: Millions More Unauthorized Immigrants Cannot Be 'Hidden' in Data Estimates." Migration Policy Institute, September 20, 2018. https://www.migrationpolicy.org/news/people-leave-footprints-millions-more-unauthorized-immigrants-cannot-be-hidden.

Van Hook, Jennifer. 2018. "Why the 2020 Census Shouldn't Ask About Your Citizenship Status." The Conversation, February 22, 2018. https://theconversation.com/why-the-2020-census-shouldnt-ask-about-your-citizenship-status-91036

Van Hook, Jennifer and Barrett Lee. 2017. "Diversity is on the Rise in Urban and Rural Communities, and it's Here to Stay." The Conversation, February 20, 2017. https://theconversation.com/diversity-is-on-the-rise-in-urban-and-rural-communities-and-its-here-to-stay-69095

Van Hook, Jennifer. 2016. "Counting 11 Million Undocumented Immigrants is Easier Than You Think." The Conversation, November 1, 2016. https://theconversation.com/counting-11-million-undocumented-immigrants-is-easier-than-you-think-67921.

Capps, Randy, Bachmeier, James D., Fix, Michael, & Van Hook, Jennifer. 2013. A demographic, socioeconomic, and health coverage profile of unauthorized immigrants in the United States. Washington, DC: Migration Policy Institute.

Bean, Frank D., Susan K. Brown, Mark A. Leach, James D. Bachmeier, and Jennifer Van Hook. 2013. "Unauthorized Mexican migration and the socioeconomic integration of Mexican Americans." Pp 341-374 in *Diversity and disparities: America enters a new century* (John Logan, Editor). New York: Russell Sage Foundation.

Van Hook, Jennifer, Nancy S. Landale, and Marianne M. Hillemeier. 2013. Is the United States Bad for Children's Health? Risk and Resilience Among Young Children of Immigrants. Washington, DC: Migration Policy Institute.

Bean, Frank D, Brown, Susan K, Leach, Mark A, Bachmeier, James D, & Van Hook, Jennifer. 2013. Unauthorized Mexican Migration and the Socioeconomic Integration of Mexican Americans: research report, US2010: Discover America in a New Century, Russell Sage Foundation.

Van Hook, Jennifer and Michael Fix. 2011. "The Demographic Impacts of Repealing Birthright Citizenship." Pp. 173-186 in *Legal Briefs on Immigration Reform from 25 of the Top Legal Minds in the Country, Volume 1,* edited by Deborah Robinson and Mona Parsa. Robinson Omnimedia Publishing & Studios.

Van Hook, Jennifer. 2010. "Structure and Acculturation: Explaining Outcomes for Children in Mexican American Families " pp. 145-154 in *Growing up Hispanic: Health and Development of Children*

*of Immigrants*, edited by Nancy S. Landale, Susan M. McHale, and Alan Booth. Washington, DC: Urban Institute Press.

Van Hook, Jennifer, Elizabeth Baker, and Claire Altman. 2009. "Does it begin at school or home? The institutional origins of overweight among young children of immigrants." Pp. 205-224 in *Immigration, Diversity, and Education*, edited by Elena L. Grigorenko and Ruby Takanishi. New York: Routledge/Taylor and Francis Group.

Van Hook, Jennifer and Frank D. Bean. 2009. "Immigrant Welfare Receipt: Implications for Immigrant Settlement and Integration." Pp. 93-122 in *Immigrants and Welfare: The Impact of Welfare Reform on America's Newcomers,* Michael Fix and Kirin Kalia (eds.). Russell Sage Foundation: New York.

Glick, Jennifer E. and Jennifer Van Hook. 2008. "Through Children's Eyes: Families and Households of Latino Children in the United States," pp. 72-86 in *Latinos/as in the United States: Changing the Face of América,* edited by Havidán Rodríguez and Cecilia Menjivar. New York: Springer.

Van Hook, Jennifer. 2003. "Easier Said Than Done: A Review of *Migration Theory: Talking Across Disciplines*." *Journal of American Ethnic History* 22(3): 92-93.

Bean, Frank D., Gillian Stevens, and Jennifer Van Hook. 2003. "Immigration and Immigrant Welfare Receipt." In Frank D. Bean and Gillian Stevens, *Americas Newcomers and the Dynamics of Diversity*. New York: Russell Sage and ASA Arnold Rose Monograph Series. (winner of the American Sociological Association's 2003 Otis Dudley Duncan book award)

Van Hook, Jennifer and Michael Fix. 2000. "A Profile of the Immigrant Student Population." Pp. 9-33 in Jorge Ruiz DeVelasco, Michael Fix and Toni Clewell (eds.), *Overlooked and Underserved: Immigrant Children in U.S. Secondary Schools*. The Urban Institute Press: Washington, D.C.

Bean, Frank D., Jennifer Van Hook and Mark Fossett. 1999. "Immigration, Spatial and Economic Change, and African American Employment," pp. 31-63 in Frank D. Bean and Stephanie Bell-Rose (eds.), *Immigration and Opportunity: Race, Ethnicity, and Employment in the United States*. New York: Russell Sage Foundation.

Glick, Jennifer E. and Jennifer Van Hook. 1998. "The Mexican Origin Population of the United States in the Twentieth Century," pp. 571-586 in *Migration Between Mexico and the United States, Research Reports and Background Materials*, Mexico City and Washington, D.C.: Mexican Ministry of Foreign Affairs and U.S. Commission on Immigration Reform.

Van Hook, Jennifer and Frank D. Bean. 1998. "Estimating Unauthorized Migration to the United States: Issues and Results," pp. 511-550 in *Migration Between Mexico and the United States, Research Reports and Background Materials*, Mexico City and Washington, D.C.: Mexican Ministry of Foreign Affairs and U.S. Commission on Immigration Reform.

Van Hook, Jennifer and Frank D. Bean. 1998. "Estimating Underenumeration among Unauthorized Mexican Migrants to the United States: Applications of Mortality Analyses," pp. 551-570 in *Migration Between Mexico and the United States, Research Reports and Background Materials*, Mexico City and Washington, D.C.: Mexican Ministry of Foreign Affairs and U.S. Commission on Immigration Reform.

Van Hook, Jennifer V. W. and Frank D. Bean. 1998. "Welfare Reform and SSI Receipt among Immigrants in the United States," pp. 139-158 in H. Kurthen, J. Fijalkowski, and G. Wagner (eds.), *Immigration, Citizenship, and the Welfare State*. Greenwich, CT: JAI Press.

TEACHING

Undergraduate Courses
*Introduction to Demographic Methods*
*Population and Society* (Sociology 312)
*Principles of Sociology* (Sociology 101)
*Population and Policy*
*Sociology of Immigration*

Graduate Courses
*Immigrant Assimilation and Inequality*
*Event History Analysis* (Sociology 577)
*Introduction to Demographic Techniques*
*Applied Demography* (Sociology 627)
*Market Demography* (Sociology 629)
Techniques of Demographic Analysis I (Sociology 520)
Techniques of Demographic Analysis II (Sociology 726)
*W. Wilson: Race and Urban Poverty* (Sociology 680)

**Supervision of graduate dissertations and theses**

| Candidate's Name | Degree | Year | University |
|---|---|---|---|
| Kelly Balistreri | MA | 2000 | BGSU (Chair) |
| Katrina Wengert | MA | 2003 | BGSU (Chair) |
| Jason Snyder | MA | 2004 | BGSU (Chair) |
| Amy Wenmoth | MA | 2004 | BGSU (Chair) |
| Maxwell Kwenda | PhD | 2004 | BGSU (Chair) |
| Dana Haddox | MA | 2005 | BGSU (Chair) |
| Victoria Buelow | MA | 2005 | BGSU (Chair) |
| Kelly Jeffreys | MA | 2005 | BGSU (Chair) |
| Igor Ryabov | PhD | 2005 | BGSU (Co-Chair) |
| Weiwei Zhang | MA | 2006 | BGSU (Chair) |
| Kelly Balistreri | PhD | 2006 | BGSU (Chair) |
| Yuanting Zhang | PhD | 2007 | BGSU (Chair) |
| Stefan Jonsson | PhD | 2008 | PSU (Co-Chair) |
| Elizabeth Baker | PhD | 2010 | PSU (Chair) |
| Jonathon Gonzalez | MA | 2012 | PSU (Chair) |
| Claire Altman | PhD | 2013 | PSU (Chair) |
| Catherine Tucker | PhD | 2014 | PSU (Chair) |
| Emnet Fikru | MA | 2015 | PSU (Chair) |
| Anne Morse | MA | 2017 | PSU (Chair) |
| Susana Quiros | PhD | 2018 | PSU (Chair) |
| Anne Morse | PhD | 2020 | PSU (Chair) |
| Kendal Lowrey | MA | 2020 | PSU (Chair) |
| Juliana Levchenko | MA | 2020 | PSU |
| Kendal Lowrey | PhD | 2024 | PSU (Chair) |
| Cheyenne Lonobile | PhD | 2024 | PSU (Chair) |

**Other Experience and Professional Memberships**

| | |
|---|---|
| - | Member, PAA |
| - | Member, ASA |
| 2007 - 2009 | Reengineering the SIPP, National Academy of Sciences Panel Member |
| 2008 - 2011 | Census Advisory Committee of Professional Organizations, PAA |
| 2010 - 2013 | Board of Directors, Population Association of America |
| 2010 - 2013 | Population Section Council Member, American Sociological Association |
| 2010 | Summer at the Census, International Migration Branch, U.S. Census Bureau (May 17-21, 2010) |
| 2010 | Expert for the 2010 Demographic Analysis Program (Net International Migration Team) |
| 2013 - 2016 | Editorial Board Member, Demography |

| | |
|---|---|
| 2014 - 2016 | Treasurer, Association of Population Centers |
| 2014 | Summer at the Census, International Migration Branch, U.S. Census Bureau (June 22-25, 2014) |
| 2015 - 2016 | Associate Editor, Population Research and Policy Review |
| 2015 - 2016 | Nominations Committee Member, PAA |
| 2016 - | Editorial Board Member, Journal of Health and Social Behavior |
| 2016 | Summer at the Census, Center for Administrative Records and Applications, U.S. Census Bureau (September 18-23, 2016) |
| 2016 - 2018 | Co-editor, Demography |
| 2017 - | IPUMS-USA Advisory Board Member |
| 2018 - 2020 | Expert for the 2020 Demographic Analysis Program (Net International Migration Team) |
| 2018 | <u>State of New York v. United States Department of Commerce</u>. Federal District Court for the Southern District of New York, (November 5, 2018). I provided a written report and live testimony regarding the impact the addition of a question on citizenship will have on accuracy of the 2020 U.S. Census. |
| 2019 | <u>Make the road v. Ken Cuccinelli; State of CA v. United States Department of Homeland Security; La Clinica de la Raza v. Donald J. Trump</u>. I provided a written report for three different court cases regarding the disparate impacts of the new public charge rule on immigrants by national origin and race/ethnicity. |
| 2020 | Chair, ASA Sociology of Population Section |
| 2021 - 2022 | Vice President, PAA |
| 2022 – 2023 | A Roadmap for Disclosure Avoidance in the Survey of Income and Program Participation (SIPP), National Academy of Sciences Panel Member |