# EX. H (Counsel Curriculum Vitae)

**Francisca D. Fajana**
c/o LatinoJustice PRLDEF, 475 Riverside Drive, New York, NY 10115
Work #: 212.739.7507; FFajana@latinojustice.org

## EXPERIENCE
**LATINOJUSTICE PRLDEF, New York, NY**
<u>Director of Racial Justice Strategy; Senior Counsel</u>                         **2018 - present**

**Federal Court Litigation:** Litigate economic justice and immigrant rights cases.

►*Cunya, et al., v. Sage, et al.*, (E.D.N.Y. 2018), class action challenging employers' failure to provide state mandated short-term disability benefit as violative of the terms and conditions provision under Title VII, and asserting individual claims on behalf of named plaintiff for condonation of a pregnancy-related hostile work environment and failure to promote. Drafted complaint, in collaboration with LJ co-counsel, authored, in part, memorandum of law in opposition to defendants' motions to dismiss, and participated in mediation where case settled for compensatory damages and attorney's fees.

►*Caban Gonzalez et al., v. Moore, et al.*, (N.D. GA 2019), class action challenging on equal protection and procedural due process grounds, the Georgia Department of Driver Services' failure to afford driver's license reciprocity to Puerto Rico-born U.S. citizens and unlawfully seizing their identity documents. In collaboration with LJ and SCHR colleagues, drafted and filed complaint and negotiated settlement, which entailed extensive injunctive relief, including regulatory changes and prominently displaying on agency's website new reciprocity rules for holders of Puerto Rico and other U.S. territories driver's license. The Department also paid compensatory damages and attorney's fees to resolve the case.

►*LatinoJustice PRLDEF v. HUD*, (S.D.N.Y. 2020), challenging under the Freedom of Information Act, the Department of Housing and Urban Development's ("HUD") failure to timely produce requested records. Crafted legal claims, and, in partnership with pro bon firm, participated in status conferences and settlement negotiations resulting in HUD producing requested records revealing that Latino households, who constitute 90% of mixed immigration status families, would have been disproportionately burdened by a proposed HUD rule seeking to bar undocumented residents from rental assistance programs. HUD agreed to pay attorney's fees to resolve case.

**Federal Appellate Advocacy:** Lead strategy for amicus briefs on education, employment and housing cases of considerable import.

►*Students for Fair Admissions, Inc. v. Harvard College,* 143 S. Ct. 2141 (2023), led amicus brief strategy arguing that the original meaning and purpose of the Fourteenth Amendment to the United States Constitution belie a colorblind paradigm.

►*Boston Parents Coalition for Academic Excellence Corp. v. School Committee for City of Boston*, 89 F.4th 46 (1st Cir. 2023), principal author of amici brief acknowledging Boston's history of residential segregation but arguing that its contemporary multi-racial and multi-ethnic neighborhoods undercut plaintiff's claim that the School Committee sought to use zip codes as a proxy for race in violation of the Equal Protection Clause.

► *Coalition for T.J. v. Fairfax County School Board,* 68 F.4th 864 (4th Cir. 2023), authored, in part, brief arguing that a school board's consideration of race neutral measures to equalize

educational opportunity for Black, Latino and low-income Asian American students does not offend the Equal Protection Clause of the Fourteenth Amendment.

►*Estevez v. Berkeley College,* 2022 WL 16843460 (2d Cir. 2022), principal author of amicus brief arguing that the #metoo movement, which shattered prevailing norms about workplace harassment, should inform the social context for construing the reasonable person standard in sexual harassment cases under Title VII.

►*Francis v. Kings Park Manor, Inc.,* 992 F.3d 67 (2d Cir. 2021), authored, in part, brief arguing that contemporaneous history at the time of passage of the Fair Housing Act evince legislative intent, and that contemporary discrimination, particularly on Long Island, demonstrate compelling reasons to hold a landlord responsible for tenant-to-tenant racial harassment.

**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE, New York, NY**
<u>Senior Attorney</u>                                                                 **2015 - June 2017**

**Federal Court Litigation:** Responsible for all aspects of class action litigation, including motion practice, pleading preparation, discovery, witness identification, settlement negotiations and compliance monitoring.

►*Thomas, et al. v. Haslam*, (M.D. TN 2017), class action challenging on due process and equal protection grounds, Tennessee statute mandating revocation of driver's license for nonpayment of court debt—disproportionately impacting poor defendants of color. Authored brief in support of class certification and engaged in plaintiffs and witness identification.

►*Christopher MO, et al. v. Carroll,* (N.D. FL 2016), class action challenging implementation of mandatory work rules without affording public benefit recipients adequate pre-termination notice and an opportunity to be heard in violation of the Due Process Clause and federal statutes. Authored brief in support of, and conducted cross examination at evidentiary hearing on, preliminary injunction motion.

**MASSACHUSETTS LAW REFORM INSTITUTE, Boston, MA**
<u>Race Equity Project Attorney</u>                                        **2001 - 2015**
                                                                      **Sabbatical 2011-2012 (earned LL.M.)**

**Class Action Litigation:** Successfully litigated individual and class actions.

►*Bland, et al., v. CHSB*, (Mass. Superior Ct. 2004), class action challenging constitutionality of practices branding victims of identity theft with criminal histories without due process of law. Secured overhaul of administrative agency regulations requiring notice and an opportunity to be heard.

**Legislative Reform:** Successfully led legislative strategy resulting in sweeping legislation reforming Massachusetts' criminal offender record information system and expanding access to employment and housing opportunities.

**Policy Advocacy:** Steered statewide examination of spatial and structural inequalities impeding access to opportunity for low-income communities resulting in publication, *The Geography of Opportunity: Building Communities of Opportunity in Massachusetts*, (2009), co-produced with the Kirwan Institute for the Study of Race and Ethnicity at Ohio State University.

**Race Equity Project Leadership:** Pioneered and directed statewide race equity project heightening awareness about the intersection of race and poverty.

### SELECTED PUBLICATIONS
° *Advancing Racial Equity - A Legal Services Imperative,* 47 Clearinghouse Review 139 (2013) (Co-author)

° *The Intersection of Race, Poverty and Crime,* 41 Clearinghouse Review 120 (2007)

° *Race-Based Lawyering: Engaging Minority Communities in Legal Need Assessments*, 36 Clearinghouse Review 213 (2002)


### SELECTED AWARDS
° Top Women of Law, Lawyers Weekly, September 2011

° Governor Deval Patrick's Citation for Collateral Consequences of Criminal History Advocacy, June 2008

**COMMUNITY LEGAL AID (formerly Legal Assistance Corp. of Central Mass.), Worcester, MA**
**Senior Attorney; Advocacy Coordinator                                  1998 - 2001**
**Attorney                                                                                       1993 - 1998**

**Federal Court Litigation:**

> ►*Brinson v. Winchendon Housing Authority*, (Dist. of MA 1998), impaneled and successfully conducted jury trial in action asserting racially hostile housing environment in violation of Title VIII of the Civil Rights Act of 1968. Case settled for injunctive relief, monetary damages, and attorney's fees after plaintiff's case-in-chief.

**Appellate Decision:** Argued and won *Salaam v. Commissioner of DTA*, 43 Mass. App. Ct. 38 (1997), establishing administrative agency's duty to assist program participants and affirming constitutional and common law right to change one's name.

**Managerial Responsibilities:** Served as Advocacy Coordinator responsible for supervising and mentoring eight attorney and paralegals. Coordinated weekly intake meetings, standardized case acceptance, case closing, and attorney evaluation protocols, engaged in monthly case status review, and second chaired trials in eviction cases.

**Fair Housing Testing Project Leadership:** Spearheaded creation of fair housing testing project.

### EDUCATION
**LL.M.,** Boston College Law School, Boston, MA, 2012
**GPA: 3.77/4.00**

**J. D.,** Suffolk University Law School, Boston, MA, 1993
Honors: Dean's List, 1993
American Jurisprudence Award, 1993
Jessup Moot Court Competition, National Finalist, 1993

**B.A.**, with Honors, University of Benin, Nigeria, 1984

**BAR MEMBERSHIP**
United States Supreme Court, 2017
First Circuit, 2020; Second Circuit, 2019; Third Circuit, 2022; Fourth Circuit, 2022
United States District Court for the Southern, Eastern and Western Districts of New York, 2017 & 2019
United States District Court, District of Massachusetts, 1997
Massachusetts, 1993; New York, 2017

# Matthew S. Vogel

## EDUCATION

**Yale Law School** and **Yale Divinity School**
J.D. and M.A.R. (Ethics), May 2013

> Charles G. Albom Prize, 2013 (awarded annually for excellence in judicial and/or administrative appellate advocacy in connection with a YLS clinical program)
>
> Coordinator, Immigration Theory and Practice Workshop, 2010-2011
>
> Clinics: Worker and Immigrant Rights Advocacy Clinics (WIRAC), Balancing Civil Rights and Civil Liberties After 9/11 Clinic, San Francisco Affirmative Litigation Project (SFALP), Iraqi Refugee Assistance Program (IRAP)

**Harvard University**
A.B., Sociology and the Comparative Study of Religion, *magna cum laude*, June 2001

> *Selected Honors*: Coleman Young Prize, 2000 (awarded by a Harvard Kennedy School panel to the student team with the best plan to address poverty in a U.S. city); George Caspar Homans Prize, 2001 (awarded by Kirkland House to a graduating student for excellence in the social sciences)

## JUDICIAL CLERKSHIP

**Hon. Keith P. Ellison,** U.S. District Court for the Southern District of Texas    2013-2014

## WORK EXPERIENCE

**National Immigration Project**                                           December 2019-Present
*Supervising Attorney*: Litigate immigrant rights, due process, and immigration enforcement and detention matters nationwide at every level of the federal courts through complex constitutional, civil rights, habeas, class action, and similar lawsuits and amicus briefs, in collaboration with partners; provide technical assistance, training, and practice advisories to immigration and criminal defense attorneys and other advocates regarding the likely immigration consequences of criminal legal system involvement, due process issues in immigration proceedings, and immigrant rights issues generally; engage in administrative advocacy before federal immigration and related agencies; and work with community-based organizations to strengthen immigrant rights.

Representative litigation includes:
- *Immigrant Defenders Law Ctr. v. Mayorkas*, Case No. CV 20-9893 (C.D. Cal.): class action challenging the Trump Administration's unlawful and unconstitutional implementation of the Migrant Protection Protocols, also known as the 'Return to Mexico Program.' In collaboration with co-counsel from the Center for Gender and Refugee Studies, Innovation Law Lab, and Arnold & Porter, researched and drafted portions of the initial complaint and subsequent amended complaints; coordinated,

- researched, drafted, and argued portions of successful motion to dismiss opposition; and contributed to successful class certification briefing. Case is ongoing and currently in discovery.

- *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md.): class action habeas action challenging US Immigration and Customs Enforcement (ICE) and jail COVID-19 policies under the Fifth Amendment and Rehabilitation Act at two immigration detention facilities in Maryland. In collaboration with co-counsel from the Capital Area Immigrants' Rights (CAIR) Coalition and the ACLU, contributed to drafting complaint and subsequent amended complaint; temporary restraining order and preliminary injunction briefing; successful motion to dismiss briefing; successful class certification briefing; expedited bail hearing briefing; discovery; and participated in mediation. The case was dismissed following the releases of plaintiffs and class members and the detention centers ending their contracts to detain immigrants.

- *Santos Garcia v. Mayorkas*, 1:20-cv-00821 (E.D. Va.): group lawsuit for injunctive relief and damages challenging ICE and jail COVID-19 policies at an immigration detention center in Virginia. In collaboration with co-counsel from the Legal Aid Justice Center, Capital Area Immigrants' Rights (CAIR) Coalition, and Gibson, Dunn & Crutcher, LLP, researched and drafted portions of successful motion to dismiss opposition; contributed to discovery; and participated in mediation. The case settled with injunctive relief, including a prohibition on transfers into the jail, and monetary damages for the plaintiffs.

- *Alvarez v. LaRose*, Case 2:21-cv-13117 (S.D. Cal.): putative class action habeas action challenging ICE and jail COVID-19 policies under the Fifth Amendment and Rehabilitation Act at an immigration detention center in California. In collaboration with co-counsel from ACLU and Ropes & Gray, LLP, contributed to drafting the complaint; successful opposition to motion to dismiss; temporary restraining order and preliminary injunction briefing; limited expedited discovery briefing; and mediation. The case was dismissed following sustained monitoring for COVID-19 outbreaks.

- *Dada v. Witte*, No. 1:20-CV-00458 (W.D. La.): group habeas action challenging ICE and jail COVID-19 policies under the Fifth Amendment and Rehabilitation Act in six immigration detention centers in Louisiana. In collaboration with co-counsel including the Center for Constitutional Rights, Loyola New Orleans Law School, and the MacArthur Center at the University of Mississippi School of Law, researched and drafted the complaint and briefed and argued a motion for a temporary restraining order. The case resulted in the release of nearly all of the plaintiffs.

- *Oldaker v. Giles,* No. 7:20-cv-00224 (M.D. Ga.); putative class action for injunctive relief and damages suing a host of defendants, including ICE; a Georgia county jail housing people for ICE and the private company that runs it; a Georgia hospital and doctor providing medical services to people detained at that jail; and several individual US government and jail officers in their official and individual capacities,

2

for constitutional and federal and state law violations for their involvement in medically abusing women detained for immigration purposes at the jail. In collaboration with co-counsel from Jenner & Block and several law school clinics and nonprofits from Georgia and across the country, researched, and drafted amended complaints; researched, drafted, and argued a temporary restraining order; and coordinated, researched, drafted, and led motion to dismiss opposition. The case is ongoing.

**Orleans Public Defenders**, New Orleans, Louisiana          October 2014-November 2019
Represent indigent people facing misdemeanor and felony charges at the trial level in Orleans Parish criminal courts, focusing on complex criminal litigation.
- *Staff Attorney, Special Litigation Division*                         August 2016-Present

Represent indigent juveniles facing life without parole, both at the trial level and in post-conviction proceedings. Assist defense teams with interlocutory appeals. Started OPD's immigration practice: developing resources, conducting trainings, and counseling defense teams and clients regarding immigration consequences of criminal legal system involvement.
- *Liman Fellow & Staff Attorney, Capital Division*          October 2014-August 2016

Represented indigent people facing the death penalty, focusing on pre-trial litigation. Worked with defense teams to translate the lessons of capital defense for the juvenile life without parole context.

## BAR ADMISSIONS

- Supreme Court of Louisiana
- United States District Court for the Eastern, Middle, and Western Districts of Louisiana
- United States Court of Appeals for the Fifth Circuit

3

Rafaela Uribe
LatinoJustice PRLDEF, 475 Riverside Drive, NY, NY 10115 Email;RUribe@latinojustice.org

## Education:

**Juris Doctor**
Temple University Beasley School of Law, Philadelphia, PA                           *2016- 2019*
- Honors: Conwell Merit Scholarship, Lena L. Hale Award
- Activities: Black Law Students Association, Moot Court Competition Team, Student Discipline Advocacy Service

**Bachelor of Arts in Government and Legal Studies, Minor in Spanish**
Bowdoin College, Brunswick, ME                                                       *2008-2012*
- Activities: Varsity Women's Rugby (2008-12),
- Study Abroad: University College Cork, Ireland, Spring 2011

**Admissions**: Pennsylvania State Bar (2019), New Jersey State Bar (2021), New York State Bar (2023), Eleventh Circuit of Appeals (2023).

**Skills**: Spanish (Fluent)

## Experience:

LatinoJustice PRLDEF, New York, NY                                              *Jan. 2023- Present*
**Associate Counsel of Racial Justice**
- Conduct investigations and prepare litigation for federal and state courts on issues related to racial justice across LJP's pillars of work in economic justice, voting rights, criminal justice reform, immigrant rights, and Puerto Rico.
- Draft research memos, briefs, complaints, and variety of discovery requests and responses for cases on a variety of constitutional issues.
- Build and manage client relationships and organizational partnerships to create community centered litigation and advocacy strategies.

Center for Constitutional Rights, New York, NY                                *Oct. 2020-Nov. 2022*
**Bertha Justice Fellow**
- Prepared litigation for federal and state courts on issues related to racial justice, LGBTQIA issues, discriminatory policing, governmental abuses of power, government surveillance, and mass incarceration.
- Drafted research memos, briefs, complaints, and a variety of discovery requests and responses for cases including litigation on behalf of undocumented groups targeted for protest speech in *Austin Sanctuary Network v. Mayorkas*.
- Collaborated closely with advocacy groups, community organizers, and individuals to create multipronged strategies that combine litigation, advocacy, and strategic communications with the purpose of advancing community partners' wider movement and litigation goals.
- Manage client relationships and performed legal research and writing in class action case challenging discriminatory police practices *Black Love Resist in the Rust v. City of Buffalo*.
- Prepared client narratives, presentations, and legal research resulting in a settlement in *Lopez v. NYC Dept. of Homeless Services*, which secured system wide changes for transgender people seeking shelter.

Defenders Association of Philadelphia: Child Advocacy, Philadelphia, PA     *Sept. 2019-June 2020*
**Child Advocate**
- Represented youth in Family Court in cases of abuse or neglect.
- Managed active caseload of 100-125 children and advocated for their needs in court.

Rafaela Uribe
LatinoJustice PRLDEF, 475 Riverside Drive, NY, NY 10115 Email;RUribe@latinojustice.org

- Conducted regular outreach to client's schools and homes, prepared for weekly court room hearing rotations. and managed day to day communications with a variety of stakeholders.

**U.S. Bankruptcy Court for the Eastern District of Pennsylvania, Philadelphia, PA**      *2018-2019*
**Law Clerk for The Honorable Ashely Chan**
- Selected by Dean's office to participate in Temple's Federal Judicial Honors Program.
- Conducted legal research on an average of 3-5 cases per week, prepared bench memoranda for Judge's opinions, and observed judicial proceedings.

**Center for Constitutional Rights, New York, NY**      *Summer 2018*
**Ella Baker Legal Intern**
- Assigned to the government misconduct and racial justice docket.
- Assisted attorneys with legal research and analysis for complex constitutional questions.
- Prepared memorandums on First Amendment association claims, zoning, and land use discrimination under RLUIPA, and procedural issues in an ongoing prison segregation case.

**Social Justice Lawyering Clinic, Temple University**      *2017-2018*
**Student Lawyer**
- Conducted interviews, prepared detailed case plans, legal research and documents as needed for client's wage theft claim.
- Prepared legal research, memorandum, and training material for New Sanctuary Movement, a local immigration non-profit.

**Education Law Center, Philadelphia, Pennsylvania**      *Summer 2017*
**Legal Intern**
- Conducted legal research for statewide challenge for increased public-school funding and education discrimination litigation.
- Conducted intake interviews of an average of 5 clients per week, seeking help to access academic accommodations.
- Managed statewide education complaint hotline with an average of 10-20 calls per week from across the state of Pennsylvania.

**The Bronx Defenders, Bronx, NY**      *2012-2015*
**Civil Legal Advocate**
- Represented clients in administrative hearings across New York City and state agencies.
- Managed active case load of 70-100 clients.
- Conducted trainings on a variety of civil issues for attorneys and advocates.
- Led the creation of a monthly Police Misconduct clinic and engaged clients in Know-Your-Rights workshops.
- Designed a pamphlet on civil forfeiture issues for citywide campaign, published through the Center for Urban Pedagogy: "Get it back"/"Recuperalo" (http://cup.linkedbyair.net/file_columns/0000/0857/cup_mpp_spanish_072016_web.pdf).

## **Community Service**:

- Sadie Nash Leadership Program, College Process Mentor, NY, NY (2014-2016)
- T.U.F.F. Girls Board Member, Philadelphia, PA (2019-Present)