UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

S.M., *by and through* MARIO RENE MENDOZA, ET AL.

VERSUS

DAN CASEY, ET AL.

CIVIL ACTION

NO. 23-01499-BAJ-SDJ

JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED**.

Baton Rouge, Louisiana, this 3rd day of February, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA